## BARKER v. FORREST.

.No. 433.    Opinion ·Filed. March·8, 1910.

(108 Pac. 407.)

**AIPPEAL AND ERROR—Failure to File Briefs—Dismissal.** Where no
briefs have been filed by the plaintiff in error, in accordance
with rule 7 of this court (20 Okla. viii, 95 Pac. vi), a motion
having been made after notice that the appeal be dismissed on
that ground, and no response having been made thereto giving
a satisfactory reason for such failure to comply with such rule,
the appeal will be dismissed.·

(Syllabus by the Court.)

*Error from District Court, Canadian County; Joseph G. Lowe,
Judge.*

Action between E. B. Barker and R. B. Forrest.    From the
judgment, Barker brings error.    Dismissed.

*W. A. Maurer* and *Don C. Smith,* for plaintiff in error.
*R..B. Forrest, pro se.*

WILLIAMS, J.  The appeal in this case was lodged in this
court on October 1, 1908, and the case was regularly assigned for
trial at the regular January, 1910, term, which began January 11,
1910.  Prior to the time that said case was reached on the calendar,
to wit, on January 18, 1910, the defendant in error moved that the
appeal be dismissed, for the reason that the plaintiff in error had
not prepared and served a brief upon the defendant in error, in
compliance with rule 7 of this court (20 Okla. viii, 95 Pac. vi).
The plaintiff in error having had due service of the filing of said
motion, and not having responded thereto, and no brief having been
filed in this case, the motion is accordingly sustained, and the ap-
peal dismissed.

All the Justices concur.